AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

MICHAEL TEXEIRA

      Plaintiff

v.

                                                Civil Action No.  4:23-cv-14

LVNV FUNDING, LLC

      Defendant

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

___ the plaintiff_____
recover from the defendant _____ the amount of_____
dollars $_____, which includes prejudgment interest at the rate of _____% plus post-
Judgment interest at the rate of _____% along with costs.

___ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant_____
recover costs from the plaintiff _____.

_X_ Other:  This case is DISMISSED WITHOUT PREJUDICE due to lack of service pursuant to Rule 4(m) of the Federal Rule of Civil Procedure.

This action was (*check one*):

___ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

___ tried by Judge _____ without a jury and the above decision was reached.

_X_ decided by Judge Philip P. Simon.

DATE: 6/7/2023                                       CHANDA J. BERTA, CLERK OF COURT

                                                          by   s/A. Highlen_____
                                                          *Signature of Clerk or Deputy Clerk*